JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDGAR MANOLO SOTO GARCIA,

Petitioner,

v.

WARDEN, ETC.,, ET AL.,

Respondents.

No. ED CV 26-4909-E

JUDGMENT

For the reasons stated in the “Report and Recommendation of United States Magistrate Judge,” filed September 23, 2026, IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 246-061-635) from detention immediately, subject to reasonable conditions; (b) it is declared that Petitioner’s detention violated applicable regulations and Petitioner’s due process rights; and (c) Respondents are enjoined from any further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears

///

///

///

///

///

the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: October 15, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE